ACCEPTED
03-14-00239-CV
4507448
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 11:08:28 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 11:08:28 AM

JEFFREY D. KYLE
Clerk

March 16, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas  78701

RE:    Court of Appeals Number:  03-14-00239-CV
       Trial Court Case Number:   DC-1-GN-13-003617
       *Dr. Amber Brooks v. Texas Medical Board, et al.*

Dear Mr. Kyle:

Please be advised that the undersigned counsel for Defendants will be out of town and unavailable from and including Monday, July 6, through and including Tuesday, July 14, 2015.  I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,


*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
Administrative Law Division
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Attorney for Defendants


cc:    Andre D'Souza, via e-service
       *Attorneys for Appellant*